# Exhibit A

 CT Corporation

**Service of Process Transmittal**
05/31/2018
CT Log Number 533434403

**TO:** Cecilia Sanchez
ABM Industries Incorporated
3800 Buffalo Speedway Ste 325
Houston, TX 77098-3714

**RE:** **Process Served in Rhode Island**

**FOR:** GCA SERVICES GROUP, INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | SHANA PROCTER, PLTF. vs. GCA SERVICES GROUP, INC., DFT. |
| **DOCUMENT(S) SERVED:** | Summons, Proof, Complaint, Notice, Attachment(s) |
| **COURT/AGENCY:** | Providence/Bristol County Superior Court, RI<br>Case # PC20182213 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - 02/05/2018 |
| **ON WHOM PROCESS WAS SERVED:** | National Registered Agents, Inc., East Providence, RI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/31/2018 at 15:50 |
| **JURISDICTION SERVED:** | Rhode Island |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service of this Summons upon you, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Sonja L Deyoe<br>Law Offices of Sonja L Deyoe<br>395 Smith Street<br>Providence, RI 02908<br>401-864-5877 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/01/2018, Expected Purge Date: 06/06/2018<br><br>Image SOP<br><br>Email Notification, Allison Nelson  allison.nelson@abm.com<br><br>Email Notification, Cecilia Sanchez  cecilia.sanchez@abm.com |
| **SIGNED:** | National Registered Agents, Inc. |
| **ADDRESS:** | 450 Veterans Memorial Parkway<br>Suite 7A<br>East Providence, RI 02914 |
| **TELEPHONE:** | 312-345-4336 |

Page 1 of 1 / AV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Case Number: PC-2018-2213
Filed in Providence/Bristol County Superior Court
Submitted: 4/2/2018 11:49:41 AM
Envelope: 1476906
Reviewer: Lynn G.

STATE OF RHODE ISLAND        SUPERIOR COURT
PROVIDENCE S.C.

SHANA PROCTER

v.

GCA SERVICES GROUP, INC.,

## COMPLAINT.

1. The Plaintiff Shana Procter is a resident of the City of Pawtucket, County of Providence, State of Rhode Island at all times relevant hereto.

2. The Defendant GCA Services Group, Inc., is a foreign corporation incorporated in Delaware with its primary place of business located in Cleveland Ohio.

3. The Plaintiff was employed by the Defendant as a Lead Custodian at the Veteran's Elementary School in City of Central Falls, County of Providence, State of Rhode Island.

4. At all times relevant hereto, the Plaintiff was adequately performing the duties of her position.

5. On or about February 1, 2018, Plaintiff went to the principal's office to report seeing Coach Maurice Jackson grab a student by the arms and pull him in the air. She heard him say to the student, "Do you really think you can out do me." Plaintiff reasonably believed this to be abusive behavior and that she had both a moral and legal obligation to make a report to the District with respect to this behavior and that her failure to do so constituted her being an accomplice in this behavior and violated the law itself.

6. Plaintiff was told by the secretary to speak with the principal Emily Santelises-Ramos to whom she made her report.

7. Within three days, the Superintendent of the District, Victor Capellan sent an email to the Plaintiff's employer, Defendant GCA telling Defendant to remove Plaintiff from her position at Veteran's Elementary School.

8. On February 5, 2018, the Plaintiff was removed from her position at Veteran's and told either she could take a lesser position with lesser hours at a reduced rate of pay or leave her position.

9. She was told by her supervisors at Defendant GCA Services Group, Inc., ("GCA") that despite having no prior write ups, she was being demoted as "she's commenting on disciplinary actions taken by the school with students."

10. Plaintiff was told by Defendant words to the effect that either Plaintiff was removed from the Veteran's Elementary School or the district had indicated that the contract with

Case Number: PC-2018-2213
Filed in Providence/Bristol County Superior Court
Submitted: 4/2/2018 11:49:41 AM
Envelope: 1476908
Reviewer: Lynn G.

Defendant GCA Services Group, Inc., would be terminated and her co-worker's would all be out of work.

11. The Plaintiff has been injured by the actions of the Defendant, suffering loss of her position, loss of wages, loss of benefits, attorneys fees, cost, and other damages.

## COUNT I.

12. The allegations of the previous paragraphs are hereby realleged and incorporated by reference as if set forth in full herein.

13. The Defendant violated the provisions of R.I.G.L. § 28-50-1 et seq. by terminating the Plaintiff's employment.

14. The Plaintiff was either required to violate R.I.G.L. § 40-11-2 by implicitly engaging in ongoing abuse with respect to students at Veteran's Elementary School or make a report to its administration about its employees in an attempt to allow it to take appropriate action.

15. The Defendant terminated the Plaintiff from her position at the Veteran's elementary school because she refused to violate the law.

WHEREFORE, Plaintiff seeks judgment against the Defendant for an amount sufficient to satisfy the jurisdiction of this Honorable Court, attorneys fees, and cost.

Respectfully submitted,
Plaintiff
By her attorney,

/s/ Sonja L Deyoe
Sonja L. Deyoe #6301
Law Offices of Sonja L. Deyoe
395 Smith Street
Providence, RI 02908
(401) 864-5877
Fax (401) 354-7464
sld@the-straight-shooter.com

Case Number: PC-2018-2213
Filed in Providence/Bristol County Superior Court
Submitted: 4/2/2018 11:49:11 AM
Envelope: 1476906
Reviewer: Lynn G.

STATE OF RHODE ISLAND　　　　　　　　　　　SUPERIOR COURT
PROVIDENCE S.C.

SHANA PROCTER

v.

GCA SERVICES GROUP, INC.,

## JURY DEMAND

Plaintiff hereby demands jury trial on all counts so triable.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　Plaintiff
　　　　　　　　　　　　　　　　　By her attorney,


　　　　　　　　　　　　　　　　　/s/ Sonja L Deyoe
　　　　　　　　　　　　　　　　　Sonja L. Deyoe #6301
　　　　　　　　　　　　　　　　　Law Offices of Sonja L. Deyoe
　　　　　　　　　　　　　　　　　395 Smith Street
　　　　　　　　　　　　　　　　　Providence, RI 02908
　　　　　　　　　　　　　　　　　(401) 864-5877
　　　　　　　　　　　　　　　　　Fax (401) 354-7464
　　　　　　　　　　　　　　　　　sld@the-straight-shooter.com

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
Español: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
Português: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.

# NOTICE



## You have a case in the Rhode Island state court system.

## You have the right to an interpreter at no cost to you.

Rhode Island Supreme Court Executive Order 2012-05 states that when a Limited-English Proficient (LEP) person appears in court, the Rhode Island Judiciary will provide a free authorized interpreter for the defendant, plaintiff, witness, victim, parent of a juvenile, or someone with a significant interest in the court proceeding. This interpreting service is provided at no cost to the parties and in all types of cases, both civil and criminal. Court interpreters work in all the courthouses of the Rhode Island state court system.

To schedule an interpreter for your day in court, you have the following options:

1. Call the Office of Court Interpreters at (401) 222-8710, or

2. Send an email message to interpreterfeedback@courts.ri.gov, or

3. Visit the interpreters' office to schedule an interpreter:

    The Office of Court Interpreters
    Licht Judicial Complex
    Fourth Floor, Room 401
    250 Benefit Street
    Providence, RI 02903

When requesting an interpreter, please provide the following information:

- The name and number of your case
- The language you are requesting
- The date and time of your hearing
- The location of your hearing
- Your name and a telephone number where we can reach you or your lawyer

For more information in Portuguese, Russian, and Spanish, including a listing of court forms that are available in Spanish, please visit our website on the internet:
http://www.courts.ri.gov/Interpreters/englishversion/default.aspx.

To request a translation of this notice into any other language, please call the Office of Court Interpreters at (401) 222-8710. It would be helpful to have an English speaker with you when you call.

The Rhode Island Judiciary is committed to making the courts accessible to all.

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
Español: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
Português: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.

# AVISO

## Usted tiene un caso en el sistema judicial de Rhode Island.

## Usted tiene el derecho a tener un intérprete sin costo para usted.

La Orden Ejecutiva 2012-05 del Tribunal Supremo de Rhode Island dicta que cuando una persona que tiene un dominio limitado del inglés (LEP) comparece ante la corte, el Sistema Judicial de Rhode Island le proveerá un intérprete autorizado gratis sea el acusado/demandado, demandante, testigo, victima, padre de un menor de edad alguien que tenga con un interés importante en el proceso de la corte. Este servicio de interpretación se le proveerá sin costo alguno a los participantes en toda clase de caso, sea civil o penal.

Los intérpretes judiciales trabajan en todos los tribunales del Sistema Judicial de Rhode Island.

Para solicitar un intérprete para su comparecencia en el tribunal, usted tiene las siguientes opciones:

1. Llamar a la Oficina de Intérpretes en el tribunal al 401-222-8710;

2. Mandar un correo electrónico a Interpreterfeedback@courts.ri.gov; o

3. Presentarse a la Oficina de Intérpretes para solicitar un intérprete:

   The Office of Court Interpreters
   Licht Judicial Complex
   Cuarto Piso, Oficina 401 A-B
   250 Benefit Street
   Providence, RI 02903

Al solicitar un intérprete, por favor provea la siguiente información:

- El nombre y el número de su caso
- El idioma que solicita
- La fecha y hora de su audiencia
- Dónde va a tomar lugar su audiencia
- Su nombre y número de teléfono por el cual nos podamos poner en contacto con usted o con su abogado.

---

Para obtener más información en portugués, ruso o español, incluyendo una lista de formularios de la corte que están disponibles en español, visite nuestra página de internet:

http://www.courts.ri.gov/Interpreters/englishversion/default.aspxl.

Para solicitar la traducción de este aviso en cualquier otro idioma, por favor llame a la oficina de intérpretes al (401) 222-8710. Ayudaría si usted puede estar en compañía de una persona que habla inglés cuando llame.

El sistema jurídico de Rhode Island se compromete a proporcionar a todas las personas mejor acceso a los tribunales.

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
Camboyano: SAMPLE: [Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.]
Español: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
Português: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.



# NOTIFICAÇÃO

## V. Ex.ª tem um processo em curso no sistema judiciário do Estado de Rhode Island,

## V. Ex.ª tem direito aos serviços gratuitos de um intérprete.

A Ordem Executiva 2012-05 do Supremo Tribunal de Rhode Island prevê que quando uma pessoa com conhecimentos limitados da língua inglesa (*Limited-English Proficient*) (LEP) comparece em tribunal, a Administração Judiciária de Rhode Island disponibiliza-lhe gratuitamente os serviços de um intérprete autorizado a um réu, autor, testemunha, vítima, pai ou mãe de um menor ou alguém com interesse significativo no processo judicial. O serviço de intérprete é prestado gratuitamente às partes e em todos os tipos de processos, sejam eles civis ou penais. Os intérpretes do tribunal trabalham em todos os tribunais do sistema judiciário do Estado de Rhode Island.

Para agendar os serviços de um intérprete para o seu dia no tribunal, tem as seguintes opções:

1. Telefonar para o Gabinete de Intérpretes Judiciais através do n.º (401) 222-8710, ou

2. Enviar uma mensagem de correio eletrónico para interpreterfeedback@courts.ri.gov, ou

3. Deslocar-se ao gabinete de intérpretes para agendar os serviços de um intérprete:

> Gabinete de Intérpretes Judiciais
> Complexo Judicial Licht
> Quarto Piso, Sala 401
> 250 Benefit Street
> Providence, RI 02903

Quando solicitar os serviços de um intérprete deve fornecer os seguintes dados:

- O nome e número do seu processo
- O idioma que solicita
- A data e hora da sua audiência
- O local da sua audiência
- O seu nome e um número de telefone para o podermos contactar a si ou ao seu advogado

---

Para obter mais informações em português, russo e espanhol, incluindo uma lista dos formulários judiciais disponíveis em espanhol, visite o nosso website na internet: http://www.courts.ri.gov/Interpreters/englishversion/default.aspxi.

Para solicitar uma tradução desta notificação para qualquer outro idioma, telefone para o Gabinete de Intérpretes Judiciais através do número (401) 222-8710. Recomenda-se que esteja acompanhado por alguém que fale inglês quando fizer a chamada.

A Administração Judiciária de Rhode Island está empenhada em tornar os tribunais acessíveis para todos.

Gabinete de Intérpretes Judiciais
Complexo Judicial Licht
Quarto Piso, Sala 401
250 Benefit Street
Providence, RI 02903

មើលសេចក្តីជូនដំណឹងនេះជាភាសាខ្មែរ អេស្ប៉ាញ និងព័រទុយហ្គីសនៅលើទំព័រដែលបានភ្ជាប់។

## សេចក្តីជូនដំណឹង

## លោកអ្នកមានបណ្តឹងនៅក្នុងប្រព័ន្ធតុលាការនៃរដ្ឋ Rhode Island។

## លោកអ្នកមានសិទ្ធិស្នើសុំអ្នកបកប្រែដោយឥតគិតថ្លៃសម្រាប់ខ្លួនឯង។



ដីកាប្រតិបត្តិរបស់តុលាការកំពូលនៃ Rhode Island (Rhode Island Supreme Court Executive Order) លេខ 2012-05 បានចែងថានៅពេលបុគ្គលដែលមានចំណេះដឹងភាសាអង់គ្លេសមានកំណត់ (LEP) បង្ហាញខ្លួននៅក្នុងតុលាការ តុលាការនៃ Rhode Island នឹងផ្តល់អ្នកបកប្រែដែលបានអនុញ្ញាតដោយឥតគិតថ្លៃសម្រាប់ជូនចោទ ដើមចោទ សាក្សី ជនរងគ្រោះ មាតាបិតារបស់អនីតិជន ឬរណាម្នាក់ដែលពាក់ព័ន្ធយ៉ាងសំខាន់នៅក្នុងដំណើរការតុលាការ។ សេវាមួកបកប្រែនេះ ត្រូវបានផ្តល់ជូនដោយឥតគិតថ្លៃសម្រាប់ប្រភេទ និង នៅគ្រប់ប្រភេទនៃបណ្តឹង ទាំងរដ្ឋប្បវេណី និងព្រហ្មទណ្ឌ។ អ្នកបកប្រែក្នុងតុលាការធ្វើការនៅក្នុងគ្រប់តុលាការទាំងអស់របស់ប្រព័ន្ធតុលាការនៃរដ្ឋ Rhode Island។ ដើម្បីប្រាប់ពេលវេលាអ្នកបកប្រែសម្រាប់ថ្ងៃចូលសវនាការរបស់លោកអ្នក លោកអ្នកអាចជ្រើសរើសជម្រើសក្រោម ៖

1. ទូរស័ព្ទមកការិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមរយៈលេខ (401) 222-8710 ឬ
2. ផ្ញើអ៊ីម៉ែលទៅកាន់ interpreterfeedback@courts.ri.gov ឬ
3. ទៅកាន់ការិយាល័យអ្នកបកប្រែដើម្បីប្រាប់ពេលសវនាការអ្នកបកប្រែ ៖

   **The Office of Court Interpreters**
   **Licht Judicial Complex**
   **Fourth Floor, Room 401**
   **250 Benefit Street**
   **Providence, RI 02903**

នៅពេលស្នើសុំអ្នកបកប្រែ សូមផ្តល់ព័ត៌មានខាងក្រោម ៖

- ឈ្មោះ និងលេខបណ្តឹងរបស់លោកអ្នក
- ភាសាដែលលោកអ្នកស្នើសុំ
- កាលបរិច្ឆេទ និងទាំងដល់នៃការរបស់លោកអ្នក
- ទីតាំងនៃសវនាការរបស់លោកអ្នក
- ឈ្មោះ និងលេខទូរស័ព្ទលោកអ្នកដែលយើងខ្ញុំអាចទំនាក់ទំនងលោកអ្នក ឬមេធាវីលោកអ្នកបាន

---

សម្រាប់ព័ត៌មានបន្ថែមជាភាសាអង់គ្លេស រុស្ស៊ី និងអេស្ប៉ាញ រួមទាំងបញ្ជីទម្រង់បែបបទតុលាការដែលមានជាភាសាអេស្ប៉ាញនោះ សូមចូល ទៅកាន់គេហទំព័រយើងខ្ញុំនៅលើអ៊ីនធឺណិត ៖
http://www.courts.ri.gov/Interpreters/englishversion/default.aspx។

ដើម្បីស្នើសុំការបកប្រែសេចក្តីជូនដំណឹងនេះជាភាសាណាមួយផ្សេងទៀត សូមទូរស័ព្ទមកការិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមរយៈលេខ (401) 222-8710។ ព័ត៌មានទាំងប៉ុន្មានដែលត្រូវមានអ្នកឱ្យយភាសាអង់គ្លេសជាមួយលោកអ្នកនៅពេលដែលលោកអ្នកទូរស័ព្ទចូល។

តុលាការ Rhode Island ប្តេជ្ញាធ្វើឱ្យតុលាការរចប្រើប្រាស់បានសម្រាប់មនុស្សគ្រប់គ្នា។

ការិយាល័យអ្នកបកប្រែប្រចាំតុលាការ
**Licht Judicial Complex**
**Fourth Floor Room 401**
**250 Benefit Street**
**Providence, RI 02903**

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

## SUPERIOR COURT
### SUMMONS

| | Civil Action File Number<br>PC-2018-2213 |
|---|---|
| **Plaintiff**<br>Shana Procter<br>v.<br>**Defendant**<br>Gca Services Group, Inc., | **Attorney for the Plaintiff or the Plaintiff**<br>Sonja L. Deyoe |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>LAW OFFICES OF SONJA L DEYOE<br>395 SMITH STREET<br>PROVIDENCE RI 02908 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>c/o National Registers Agents<br>450 Veteran's Memorial Parkway Suite 7a<br>East Providence RI 02914 |

TO THE DEFENDANT, GCA Services Group, Inc.:

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 4/2/2018. | /s/ Henry Kinch<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2014)



STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## SUPERIOR COURT

| Plaintiff  
Shana Procter  
v.  
Defendant  
Gca Services Group, Inc., | Civil Action File Number  
PC-2018-2213 |
|---|---|

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, GCA Services Group, Inc.,, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person of suitable age and discretion: _____
  Address of dwelling house or usual place of abode _____
  Age _____
  Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ With a guardian or conservator of the Defendant.
  Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
  Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2014)

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:
☐ By delivering said papers to an officer or a managing or general agent.
   Name of person and designation _____
☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name of person and designation _____
☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
   _____

☐ I was unable to make service after the following reasonable attempts:
_____

SERVICE DATE: __/__/__   SERVICE FEE $ _____
           Month  Day  Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE
_____

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

Signature _____

State of _____
County of _____

On this _____ day of _____, 20___, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2014)



SC-CMS-1 (revised July 2014)